[No. 2669.]

PERKINS v. BOYD.

**Appellate Practice—Failure to File Record in Time—Dismissal.**
The failure of an appellant to file his record with the appellate court within the time prescribed by the code does not of itself deprive him of his appeal. An appeal will not be dismissed because the record was not filed within the required time, where the motion to dismiss was not made until after the record was filed, and where it appears that no prejudicial delay has been caused by the failure to file the record within the prescribed time.

*Appeal from the District Court of El Paso County.*

Mr. C. J. PERKINS, for appellant.

Mr. H. McGARRY, for appellee.

*Per Curiam.*—This cause having been appealed more than thirty days before the commencement of the January term, 1902, of this court, the record should have been lodged in the office of the clerk of this court not later than January 15, being the third day after the beginning of said term.—Code, sec. 389.

It was not so lodged, however, until February 28, following.

Appellee moved to dismiss the appeal on the ground of this failure, but said motion was not filed until April 7, 1902, long subsequent to the actual filing of the record.

The code section has been directly passed upon by the supreme court in a case involving a precisely similar state of facts, and it was there held that the failure of appellants in this respect did not of itself deprive them of their appeal.—*Thalheimer v. Crow,* 13 Colo. 403, citing *Sparrow v. Strong,* 3 Wall. 103.

Upon the authority of this decision, and it further appearing that no prejudicial delay has been occasioned by the failure of appellant, the motion to dismiss will be denied.        *Motion denied.*